FILED
October 28, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:11-mj-321 GGH |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| BARBARA MIDDLETON, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Barbara Middleton</u>; Case <u>2:11-mj-321 GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of <u>$25,000.00</u>, co-signed by Betty Favors and Stanley Middleton.

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>10/28/2011</u> at <u>3:15 pm</u>

By _____
Kendall J. Newman
United States Magistrate Judge