```
                     UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         CR. NO. S-11-453-EFB

          Plaintiff,

     v.

STANTICHA T. MIDDLETON,

          Defendant.    /

UNITED STATES OF AMERICA,         CR. NO. S-11-460-EFB

          Plaintiff,

     v.

DANTWOINE V. BISHOP,

          Defendant.    /

UNITED STATES OF AMERICA,         CR. NO. S-11-478-EFB

          Plaintiff,

     v.

BARBARA A. MIDDLETON,

          Defendant.    /

////

////
```

|     |     |
| --- | --- |
| UNITED STATES OF AMERICA, | CR. NO. S-11-491-EFB |
| Plaintiff, | |
| v. | |
| STEVEN B. ETHRIDGE, | |
| Defendant. | RELATED CASE ORDER |

Examination of the above-entitled criminal actions reveals that actions are related within the meaning of Local Rule 123. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

Because the cases are already assigned to the same magistrate judge, this order is issued for informational purposes only and shall have no effect on the status of the cases.

DATED:   November 29, 2011.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2