DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
BARBARA MIDDLETON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR S-11-478 EFB |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) SPECIAL CONDITION OF RELEASE |
| BARBARA MIDDLETON, | ) |
| Defendant. | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MICHELLE RODRIGUEZ, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant BARBARA MIDDLETON, that special condition number 10 be deleted.

Pretrial services has informed both Counsel that Ms. Middleton's Counselor has requested that the counseling be terminated and that Ms. Middleton is doing well and no longer requires ongoing treatment.

The Court is advised that all counsel have conferred about this request, that they have agreed to terminating the condition and that Ms. Rodriguez has authorized Ms. Santos to sign this stipulation on her behalf.

1  **IT IS SO STIPULATED.**

3  Dated: February 28, 2012          /s/ Dina L. Santos
                                     DINA L. SANTOS
                                     Attorney for Defendant
                                     BARBARA MIDDLETON

6  Dated: February 28, 2012          /s/ Michelle Rodriguez
                                     MICHELLE RODRIGUEZ
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 28, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE